FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2015 APR 15  PM 2: 22

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

Kindel Shell                    *
702 Dolphin St
Balt MD 21217                   *

(Full name and address of the plaintiff)
**Plaintiff(s)**

vs.                             *          Civil No.: WMN 15-973
                                           (Leave blank. To be filled in by Court.)
The state of Virginia

                                *


                                *


_____
(Full name and address of the defendant(s))
**Defendant(s)**                *
                             ******

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☑ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

Complaint (Rev. 12/2000)                 1

2. The facts of this case are:

My licence to drive, which I use for work was wrongly Flaged by the State of Virginia. I left Virginia on or about 1991 in good standing. State of maryland checked with Virginia, And Received A maryland licence. State Reps. told me in 1996 the licence was flagged. And that the Laws which they used to flag licence was Repealled in 1998. I was told an computre error. No I can't work until I give them money. but was not given proper notice, was told an Letter was mailed to old Address in 1996. And A Law in Virginia was pasted were that Letter about Six year Latter was leaged to the commonwealth. I do not beleive this is proper due process.

3. The relief I want the court to order is:

☐ Damages in the amount of: $1000.00 a wk money lost from work

☐ An injunction ordering: _____

☐ Other (explain) _____

4-15-2015
(Date)

_____
(Signature)

Kindel A. Shell
702 Dolphin St 3rd floor
Balt. MD 21217
# 443-717-5476
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.